IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

MILTON SNYDER, )
 )
    Plaintiff, )
 )
v. ) Case No. CIV-14-1383-R
 )
ADVANCED ACADEMICS, INC., )
 )
    Defendant. )

## ORDER

The parties Joint Motion for Extension of Scheduling Order Deadlines [Doc. No. 21] is DENIED.

IT IS SO ORDERED this 3rd day of August, 2015.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE