IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MILTON L. SNYDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-14-1383-R |
| | ) | |
| ADVANCED ACADEMICS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## ADMINISTRATIVE CLOSING ORDER

On the representations from counsel for both sides that the
parties have reached a settlement and compromise, it is ordered
that the Clerk administratively terminate this action in his
records without prejudice to the rights of the parties to reopen
the proceeding for good cause shown, for the entry of any
stipulation or order, or for any other purpose required to obtain
a final determination of the litigation.

If the parties have not reopened this case within (30)days
of this date for the purpose of dismissal pursuant to the
settlement compromise, Plaintiff's action shall be deemed to be
dismissed.

IT IS SO ORDERED this 3th day of September, 2015.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE